FILED
CLERK, U.S. DISTRICT COURT
APR - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 10-786M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |
| v. | |
| NICOLA ANN STEVENS, | |
| Defendant. | |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of her supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is

Deten[2].ord

1  based on her failure to proffer any evidence to meet her burden
2  on this issue;
3  and
4  B.  (X)  The defendant has not met her burden of establishing by
5  clear and convincing evidence that she is not likely to pose a
6  danger to the safety of any other person or the community if
7  released under 18 U.S.C. § 3142(b) or (c).  This finding is
8  based on her failure to proffer any evidence to meet her burden
9  on this issue.

10  IT THEREFORE IS ORDERED that the defendant be detained pending
11  the further revocation proceedings.

13  DATED: April 7, 2010

*Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                                2